The People of the State of New York, Respondent, 
against
Schlena Pollard, Also Known as Marie Pollard, Appellant.




Appellate Advocates (Benjamin S. Litman of counsel), for appellant.
Queens County District Attorney (John M. Castellano, Johnnette Traill, Nancy Fitzpatrick Talcott and Deborah Wassel of counsel), for respondent.

Appeal from seven judgments of the Criminal Court of the City of New York, Queens County (Toko Serita, J.), rendered October 1, 2014. The judgments convicted defendant, upon her pleas of guilty, of two charges of petit larceny, four charges of bail jumping in the third degree, and one charge of assault in the third degree, respectively, and imposed sentences. Assigned counsel has submitted a brief in accordance with Anders v California (386 US 738 [1967]), seeking leave to withdraw as counsel.




ORDERED that the judgments of conviction are affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.; Matter of Giovanni S. [Jasmin A.], 89 AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]).
PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: March 29, 2019